IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Superior Court for the |
| | ) | District of Columbia |
| | ) | Case No. 004801 B |
| | ) | |
| SINEWAVE VENTURES, LLC, at al. | ) | Civil Action No. 1:22-cv-00770 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ERRATA CORRECTING INITIATING PLEADING

Per the Clerk's instruction, Defendants, Sinewave Ventures, LLC, Sinewave Ventures Fund I Participation Plan, LLC, Sinewave Ventures GP, LLC and Yanev Suissa (collectively, the "Defendants") by and through their undersigned counsel, hereby submit this Errata regarding the initiating pleading in this case.  The initiating pleading has been corrected to reflect the name and full residence address for each party in the attached Exhibit 1.  No other changes were made to this Exhibit 1. Defendants request that the docket be corrected to reflect on this change.

Date:  March 22, 2022                                       Respectfully submitted,

/s/ Karla Grossenbacher
Karla Grossenbacher, DC Bar No. 442544
Edward North, DC Bar No. 1779663
SEYFARTH SHAW LLP
975 F Street, NW
Washington, D.C. 20004
(202) 463-2400 (telephone)
(202) 641-9256 (facsimile)
kgrossenbacher@seyfarth.com
enorth@seyfarth.com

Counsel for Defendants

80964706v.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 22, 2022, a true and correct copy of the foregoing Errata and Exhibit 1 was filed with the Clerk of the Court using the CM/ECF system, and served upon:

Brian G. Friel
Miller Friel, PLLC
2445 M Street, N.W., Suite 910
Washington, DC 20037

Attorneys for Plaintiff

                                             */s/ Karla Grossenbacher*
                                             Karla Grossenbacher