IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

STEPHEN JONES,
        Plaintiff,

v.

SINEWAVE VENTURES, LLC, *et al.*
        Defendants.

Case No. 1:23-cv-00433 (MSN/WEF)

## ORDER

Upon consideration of Parties' Joint Stipulation of Dismissal with Prejudice (Dkt. No. 84) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

The Clerk is directed to close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
January 04, 2024